*E-FILED - 4/24/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE REED, III, ) | No. C 09-0715 RMW (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| v. ) | (Docket No. 2) |
| STATE OF CALIFORNIA, ) | |
| Respondent. ) | |

Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on February 18, 2009. On that same day, the court sent a notification to petitioner informing him that his in forma pauperis application was incomplete because he failed to include a copy of a certificate of funds signed by an authorized prison officer and a trust account statement showing transactions for the prior six months. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from petitioner.

As petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice. Petitioner's incomplete in forma pauperis

1 | motion (docket no. 2) is DENIED.

2 |     The clerk shall terminate any pending motions and close the file.

3 |     IT IS SO ORDERED.

4 | DATED: _4/24/09_

                                RONALD M. WHYTE
                                United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\Reed715disifp.wpd    2