**United States District Court**
For the Northern District of California

*E-FILED - 7/31/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE REED, III, | No. C 09-00715 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO PAY THE FILING FEE AND TO SHOW CAUSE |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | (Docket No. 8) |

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Order dated June 3, 2009, the court directed petitioner to pay the requisite $5.00 filing fee and to show cause why this action should not be dismissed for failure to exhaust state remedies within thirty days. On July 17, 2009, petitioner filed a request for an extension of time to pay the requisite $5.00 filing fee and respond to an order to show cause. Petitioner explains that he is currently in the hospital and has no set date of returning back to his cell where all his legal material are located.

Good cause appearing, the court GRANTS petitioner's request for extension of time. No later than **sixty (60) days** from the date of this order, petitioner shall pay the $5.00 filing fee, include with his payment a clear indication that it is for the above-referenced case number, C 09-00715 RMW (PR), and show cause as to why this action should not be dismissed for failure to exhaust state remedies. Failure to do so within the sixty day

Order Granting Petitioner's Request for Extension of Time to Pay the Filing Fee and to Show Cause
P:\PRO-SE\SJ.Rmw\HC.09\Reed715.EOT-IFP-Exh.wpd

1  deadline shall result in dismissal of this action.

2  This order terminates docket no. 8.

3  IT IS SO ORDERED.

4  DATED: 7/30/09



RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Request for Extension of Time to Pay the Filing Fee and to Show Cause
P:\PRO-SE\SJ.Rmw\HC.09\Reed715.EOT-IFP-Exh.wpd    2